RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE     8 / 25 / 06
BY _____ Om

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 02-50072-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| BRANDON MOORE | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion to Clarify [Doc. #34] filed on behalf of defendant, Brandon Moore.

**IT IS ORDERED** that defendant's motion [Doc. #34] be and is hereby **DENIED**. See Abdul-Malik v. Hawk-Sawyer, 403 F.3d 72, 75 (2d Cir. 2005); see also United States v. Hernandez, 234 F.3d 252, 256 (5th Cir. 2000).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this _23_ day of August, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE